SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SALBINDER GADRI,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID N. STILL, District Director, United States Citizenship and Immigration Services; EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary, Department of Homeland Security,<br><br>    Defendants. | No. C 07-0685 PJH<br><br>**STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and Defendants, by and through his attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action because the Defendants are adjudicating Plaintiff's LIFE legalization application appeal.

Each of the parties shall bear their own costs and fees.

Date: March 16, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Stip. to Dismiss
C 07-0685 PJH

Date: March 15, 2007

JONATHAN KAUFMAN
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: 3/16/07

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stip. to Dismiss
C 07-0685 PJH